IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARK COLE,

    Petitioner,               No. CIV S-09-2549 LKK DAD P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.             ORDER

/

        On June 24, 2010, respondent filed a motion to dismiss in this case arguing that petitioner's application for a writ of habeas corpus is time-barred. Petitioner has not opposed the motion.

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition to respondent's June 24, 2010 motion to dismiss. Failure to file an opposition may result in a recommendation that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: August 9, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
cole2549.146.mtd